COOPER, et (Mahoning Co Comrs)
v BRADLYN

YOUNGSTOWN (city) v BRADLYN

Ohio Supreme Court
No 22608.. Decided March 25, 1931

For full opinion see 123 Oh St 392 (Oh Bar 4-28-31).